AO 91 (Rev. 02/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Arizona

| | |
|---|---|
| United States of America<br>v.<br>Lazaro Corrales-Atendo<br>A205 600 309<br>*Defendant* | )<br>)<br>) Case No.  20-5264MJ<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about October 27, 2020, in the County of Maricopa, in the District of Arizona, the defendant violated Title 8, U.S.C. § 1326(a), an offense described as follows:

Lazaro Corrales-Atendo, an alien, was found in the United States of America, at or near Gila Bend, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States, at or near Nogales, Arizona, on or about March 8, 2018, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a), and enhanced by (b)(1).

I further state that I am a Border Patrol agent with U.S. Customs and Border Protection.

This criminal complaint is based on these facts:

**See Attached Statement of Probable Cause Incorporated By Reference Herein**

REVIEWED BY: Charles E. Bailey Jr., P.S. for AUSA Marcus W. Shand
(CHARLES BAILEY — Digitally signed by CHARLES BAILEY, Date: 2020.10.28 10:20:29 -07'00')

☒ Continued on the attached sheet.

Sworn to telephonically.

Date:  October 28, 2020 @ 1:51pm

City, State:  Phoenix, Arizona

*Complainant's signature*
Jonathan Laracuente
U.S. Border Patrol Agent
(JONATHAN LARACUENTE — Digitally signed by JONATHAN LARACUENTE, Date: 2020.10.28 10:30:29 -07'00')
*Printed name and title*

*Judge's signature*
Honorable Deborah M Fine
United States Magistrate Judge
*Printed name and title*

## STATEMENT OF PROBABLE CAUSE

I, Jonathan Laracuente, being duly sworn, hereby depose and state as follows:

1. Your affiant is a United States Border Patrol agent. I have learned from direct participation in the investigation and from the reports and communications of other agents and officers the facts recited herein.

2. On or about October 27, 2020, Border Patrol Agent R. Munoz encountered an individual near Gila Bend, Arizona The agent identified himself as a Border Patrol agent and performed an immigration inspection on the individual. The individual, later identified as Lazaro Corrales-Atendo, admitted to being a citizen and national of a country other than the United States, unlawfully present in the United States. Corrales-Atendo was taken to the Ajo Border Patrol Station for further processing. Corrales-Atendo was held in administrative custody until his identity could be confirmed, and his immigration and criminal history could be obtained.

3. Immigration history checks revealed Lazaro Corrales-Atendo to be a citizen of Mexico and a previously deported alien. Corrales-Atendo was removed from the United States to Mexico through Nogales, Arizona, on or about March 8, 2018, pursuant to a removal order issued by an immigration official. There is no record of Lazaro Corrales-Atendo in any Department of Homeland Security database to suggest that he obtained permission from the Secretary of the Department of Homeland Security to return the United States after his removal.

1

Corrales-Atendo's immigration history was matched to him by electronic fingerprint comparison.

4. Criminal history checks revealed that on June 5, 2015, Lazaro Corrales-Atendo was convicted of Dangerous Drug-Transport and or Sell, in the Superior Court of Arizona, Maricopa County. Corrales-Atendo was sentenced to four (4) years of incarceration. Corrales-Atendo's criminal history was matched to him by electronic fingerprint comparison.

5. On or about October 27, 2020, Lazaro Corrales-Atendo was advised of his constitutional rights. Corrales-Atendo freely and willingly acknowledged his rights and did not agree to provide a statement under oath.

6. For these reasons, this affiant submits that there is probable cause to believe that on or about October 27, 2020, Lazaro Corrales-Atendo, an alien, was found in the United States of America, at or near Gila Bend, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States at or near Nogales, Arizona, on or about March 8, 2018, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a), and enhanced by (b)(1).

7. This affidavit was sworn to telephonically before a United States Magistrate Judge legally authorized to administer an oath for this purpose. I have thoroughly reviewed the affidavit and the attachments to it, and attest that there is sufficient evidence to establish probable cause that the defendant committed a violation of Title 8, United States Code, Section 1326(a), and enhanced by (b)(1).

_____
JONATHAN LARACUENTE
Digitally signed by JONATHAN LARACUENTE
Date: 2020.10.28 10:31:02 -07'00'

Jonathan Laracuente
U.S. Border Patrol Agent

Sworn to telephonically
this 28th day of October, 2020. @ 1:51 pm

_____
Honorable Deborah M Fine
United States Magistrate Judge

3